# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADVANCED CARE PEDIATRICS
OF FLORIDA, LLC,

    Plaintiff,

v.                                          Case No: 8:25-cv-653-KKM-CPT

DPS PR REALTY, INC.,

    Defendant.
_____

## ORDER

On September 3, 2025, I granted Advanced Care Pediatrics of Florida, LLC's ("Advanced Care") motion for summary judgment and ordered Advanced Care to establish, by September 10, 2025, the amount it paid DPS PR Realty, Inc., ("DPS PR") in connection with the parties' Lease. (Doc. 52 at 10). The same order also instructed DPS PR to file a response by September 17, 2025, if it disputed the amount that Advanced Care claimed. On September 10, 2025, Advanced Care filed a notice with a declaration from its CEO, Frank Blair, attached. (Doc. 53). The declaration shows that Advanced Care paid $83,023.15 to DPS PR under

the Lease. *See* Blair Decl. (Doc. 53-1 at ¶¶ 4–9). DPS PR did not file a response. Accordingly, the following is **ORDERED**:

1. The Clerk is directed to enter **JUDGMENT** in the amount of $83,023.15 in favor of Advanced Care and against DPS PR. The judgment should also state that the Lease between the parties is rescinded.

2. The Clerk is further directed to terminate any pending motions and deadlines, and to **CLOSE** this case.

3. If Advanced Care wants to move for attorney's fees, it must do so within fourteen days after entry of judgment. *See* Local Rule 7.01.

**ORDERED** in Tampa, Florida, on September 18, 2025.

Kathryn Kimball Mizelle
United States District Judge