# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADVANCED CARE PEDIATRICS
OF FLORIDA, LLC,

      Plaintiff,

v.                                                    Case No. 8:25-cv-653-KKM-CPT

 DPS PR REALTY, INC.,

      Defendant.

---

# ORDER

The United States Magistrate Judge recommends granting Advanced Care Pediatrics of Florida, LLC's unopposed motion for entitlement to attorney's fees and costs. *See* R. & R. (Doc. 62); Mot. (Doc. 57).[1] The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and grants the motion.

---

[1] The plaintiff also filed what is titled "Supplemental Motion for Attorneys' Fees and Costs." (Doc. 59). It is not a separate motion. Rather, it is the plaintiff's conferral supplement in accordance with Local Rule 3.01(g)(3).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. 62) is **ADOPTED** and made a part of this Order for all purposes.

2.   Plaintiff's Motion for Entitlement to Attorney's Fees and Costs (Doc. 57) is **GRANTED**.

3.   No later than forty-five days after the entry of this order, Advanced Care Pediatrics of Florida, LLC, must file a supplemental motion

2

on the amount of requested fees and costs in accordance with Local

Rule 7.01(c).

**ORDERED** in Tampa, Florida, on June 29, 2026.

Kathryn Kimball Mizelle
United States District Judge